UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOREEN DELCORE,<br><br>           Plaintiff,<br><br>     v.<br><br>CONVERGENT OUTSOURCING INC, *et al.*,<br><br>           Defendants. | CASE NO. 2:21-cv-00184-RAJ-JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

This matter is before the Court on referral from the District Court and on the parties' stipulated email request to extend all deadlines in this matter until 14 days after the Court has issued a decision on a pending motion to transfer or dismiss. *See* Dkt. 6; *see also* Dkt. 9 (authorizing such requests by email). The Court has confirmed that all parties join in the stipulation.

The Court finds good cause and grants the request: all deadlines in the Court's scheduling order (Dkt. 9) are temporarily stayed until 14 days after the Court's final order on the pending motion to transfer or dismiss. If the matter is not dismissed, the following schedule

ORDER AMENDING SCHEDULING ORDER - 1

1 | shall apply: initial disclosures are due 14 days after the final order on the pending motion to
2 | transfer or dismiss and the joint status report is due 7 days after the initial disclosures are due.
3 |     Dated this 9th day of April, 2021.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge